Dorsey **BERRY**, Bryan Sprayberry, Chet McDonnell, Tommy Stephens, Parrish Carlyle, Bobby Parker, Connie Taylor, Plaintiffs–Appellants,

Wallace R. Swanson, et al., Plaintiffs,

v.

**COOPER STANDARD AUTOMOTIVE, INC., Defendant–Appellee.**

No. 07–12562.

United States Court of Appeals, Eleventh Circuit.

Jan. 25, 2008.

Larry Allen Pankey, Miles, McGoff & Moore, L.L.C., Christopher Michael Caiaccio, John G. Skinner, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Atlanta, GA, for Plaintiffs–Appellants.

Christopher Michael Caiaccio, John G. Skinner, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Atlanta, GA, for Defendant–Appellee.

Before HULL and PRYOR, Circuit Judges, and MOORE,* District Judge.

PER CURIAM:

After review and oral argument, the Court concludes that Plaintiffs–Appellants Dorsey Berry, Bryan Sprayberry, Chet McDonnell, Tommy Stephens, Parrish Carlyle, Bobby Parker, and Connie Taylor

* Honorable K. Michael Moore, U.S. District Judge for the Southern District of Florida, sitting by designation.

have not shown any reversible error in the district court's order dated May 16, 2007. Thus, the Court affirms that order granting summary judgment in favor of Defendant–Appellee Cooper Standard Automotive, Inc. in this case.

**AFFIRMED.**